UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Luke McGlasson,
Plaintiff,

v.

Case No.: 1:15cv508
( Litkoitz M.J. )

Coran Stetter, et al.,
Defendants.

ENTRY

Upon motion of the Parties and for good cause shown, the Court hereby grants to the parties Extension for Discovery until and including 8/31/2016.

_____
Magistrate Karen L. Litkovitz

Prepared by:

SZDUNNLAW LLC

_____
Susan Zeller Dunn, Esq. (0063893)
10921 Reed Hartman Highway
Suite 103
Blue Ash, OH 45242
513-512-4324
susan@szdunnlaw.com