IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| LUKE McGLASSON | : | |
| | ) | CASE NO. 1:15-cv-508 |
| Plaintiff, | : | |
| | ) | Magistrate Judge Litkovitz |
| – vs – | : | |
| | ) | |
| MULTIMAGIC, *et al.*, | : | |
| | ) | |
| Defendants. | : | |
| | ) | |

## CONDITIONAL ORDER OF DISMISSAL

The Court having been advised by the parties that this case has successfully mediated and settled;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within 60 days, move to reopen the action if settlement is not consummated.

The Court adopts the parties' settlement agreement and **ORDERS** compliance with it. The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

**IT IS SO ORDERED**.

Date: 3/29/17

Karen L. Litkovitz
Magistrate Judge Litkovitz
United States District Court

7197533.1